**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **VICTORY SOLUTIONS LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**20-4833667**

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **19571 Progress Drive**<br>**Strongsville, OH 44149**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cuyahoga**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **VICTORY SOLUTIONS LLC**
         Name                                                    Case number *(if known)* _____

**11. Why is the case filed in**    *Check all that apply:*
    ***this district?***

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
        preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ■ No
    **have possession of any**      ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**        **Why does the property need immediate attention?** *(Check all that apply.)*

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____
                                    ☐ It needs to be physically secured or protected from the weather.
                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                    ☐ Other _____
                                    **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code
                                    **Is the property insured?**
                                    ☐ No
                                    ☐ Yes.   Insurance agency   _____
                                             Contact name       _____
                                             Phone              _____

■   **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
    **available funds**
                                 ■  Funds will be available for distribution to unsecured creditors.
                                 ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**      ☐ 1-49                      ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**                ■ 50-99                     ☐ 5001-10,000              ☐ 50,001-100,000
                                 ☐ 100-199                   ☐ 10,001-25,000            ☐ More than100,000
                                 ☐ 200-999

**15. Estimated Assets**         ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                 ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

18-10977-jps    Doc 1    FILED 02/26/18    ENTERED 02/26/18 14:11:21    Page 3 of 15

| Debtor | **VICTORY SOLUTIONS LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | **Request for Relief, Declaration, and Signatures** |
|---|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2018**
                        MM / DD / YYYY

**X** */s/ Shannon Burns*                                          **Shannon Burns**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** */s/ Glenn E. Forbes*                          Date **February 26, 2018**
Signature of attorney for debtor                                      MM / DD / YYYY

**Glenn E. Forbes 0005513**
Printed name

**FORBES LAW LLC**
Firm name

**166 Main Street**
**Painesville, OH 44077**
Number, Street, City, State & ZIP Code

Contact phone   **440-357-6211**    Email address   **bankruptcy@geflaw.net**

**0005513 OH**
Bar number and State

2/26/18 2:10PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | VICTORY SOLUTIONS LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known): | _____ |

☐ Check if this is an
amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bob Sturm 29897 HILLIARD BLVD Westlake, OH 44145 | | Personal Loan / Non-member | | | | $254,800.00 |
| Brent Littlefield 611 Pennsylvania Ave. SE #122 Washington, DC 20005 | | Personal Loan / Member | | | | $33,992.00 |
| Department of the Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | | | | $18,618.80 | $0.00 | $18,618.80 |
| Edith Cord MATASAR JACOBS, LLC 1111 SUPERIOR AVE, Cleveland, OH 44114 | | Personal Loan / Member | | | | $48,304.66 |
| FedEx PO BOX 371461 Pittsburgh, PA 15250-7461 | | Trade | | | | $30,178.67 |
| Gina Shioleno 125 Fairfax Ave. Hopwood, PA 15445 | | Personal Loan / Non-member | | | | $20,000.00 |
| JL Moore 27102 ROYALTON RD. Columbia Station, OH 44028 | | Trade | | | | $22,684.59 |
| Kevin Derrick UNKNOWN | | Employee Back Pay | | | | $195,774.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-10977-jps   Doc 1   FILED 02/26/18   ENTERED 02/26/18 14:11:21   Page 5 of 15

| Debtor | VICTORY SOLUTIONS LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Martin Schutte 7160 FRIENDSVILLE RD Medina, OH 44256 | | Employee Back Pay | | | | $53,525.05 |
| McDonald Hopkins 600 SUPERIOR AVE E, SUITE 2100 Cleveland, OH 44114 | | Services | | | | $24,641.75 |
| Real Good Technologies 1054 31ST ST., SUITE 230 Washington, DC 20007 | | Trade | | | | $215,000.00 |
| Regional Income Tax Agency P O Box 94951 Cleveland, OH 44101-4951 | | Tax | | | | $35,841.93 |
| Rich Lowrie JR 125 Fairfax Ave. Hopwood, PA 15445 | | Personal Loan / Member | | | | $25,000.00 |
| Right Voter 7915 SOUTH EMERSON AVE, STE B101 Indianapolis, IN 46237 | | Trade | | | | $44,579.11 |
| Ron Leirvik 7649 Glen Echo Dr, Gates Mills, OH 44040 | | Personal Loan / Member | | | | $21,245.00 |
| Sam Moore UNKNOWN | | Employee Back Pay | | | | $57,453.00 |
| State of Ohio, Dept. of Taxation 30 E. Broad Street Columbus, OH 43215-3428 | | Tax | | | | $41,085.59 |
| Taft Stettinius & Hollister LLP Chip Bauman / Credit Relations Taft Stet | | Services | | | | $144,737.77 |
| Tech II 1765 W County Line Rd Springfield, OH 45501 | | Trade | | | | $24,745.26 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **VICTORY SOLUTIONS LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Up and Running Software 6200 PRAIRIE RIDGE RD Ames, IA 50014** | | **Trade** | | | | **$71,439.71** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

```
Alliance
4500 ROCKSIDE RD, SUITE 210
Independence, OH 44131

Altus Trust
2400 VETERANS BLVD, SUITE 300
Kenner, LA 70062

American Arbitration
PO BOX 4155
Sarasota, FL 34230

American Power and Gas
10601 BELCHER RD
Seminole, FL 33777

Argo Marketing
64 LISBON ST,
Lewiston, ME 04240

Ascendant PPG
2388 Ashurst Road University Heights, OH 44118

Ascendant PPG
2388 Ashurst Road University Heights, OH 44118

Bizedge
PO BOX 1263
Twinsburg, OH 44087

Blue Technologies
4725 GRAYTON RD
Cleveland, OH 44135

Bob Sturm
29897 HILLIARD BLVD
Westlake, OH 44145

Brent Littlefield
611 Pennsylvania Ave. SE #122
Washington, DC 20005
```

Capitol Hill Club
300 First Street SE
Washington, DC 20003


Casarona Legal Services, LLC
THE FALLS BUILDING
57 E Washington St
Chagrin Falls, OH 44022


Charles Axford
UNKNOWN


Clerk of Courts (Martin Schutte)
CIVIL CLERK 1ST FL., JUSTICE CENTER
120


Columbia Gas
PO BOX 742510
Cincinnati, OH 45274


County Fire Protection
4620 CRYSTAL PKWY
Kent, OH 44240


Culture Shoc
18013 CLEVELAND PKWY., UNIT 170
Cleveland, OH 44113


Department of the Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


Design Associates
39193 Woodland Trail
Avon, OH 44011


Ditchey Geiger (Ohio Attorney General)
2728 EUCLID AVE, SUITE 201
Cleveland, OH 44115


DT Client Services
1101 14TH ST. NW, STE 650
Washington, DC 20005

Edith Cord
MATASAR JACOBS, LLC
 1111 SUPERIOR AVE,
Cleveland, OH 44114


FedEx
PO BOX 371461
Pittsburgh, PA 15250-7461


First Energy/The Illuminating Co.
PO BOX 3687
Akron, OH 44309


Fraser Video Production
368 Blackbrook Rd.
Painesville, OH 44077


Gina Shioleno
125 Fairfax Ave.
Hopwood, PA 15445


Greg Lassen
UNKNOWN


Harvey Abens Iosue Co., LPA
3404 LORAIN AVE.
Cleveland, OH 44113


Heggherty (Nailah Byrd Clerk of Courts)
1200 ONTARIO ST
Cleveland, OH 44113


Highlander Political Strategies
324 EAST JEFFERSON ST
Bolivar, MO 65613


ILD Telecommunications
8401 DATAPOINT DRIVE, SUITE 900
San Antonio, TX 78229


JL Moore
27102 ROYALTON RD.
Columbia Station, OH 44028

John Wright
UNKNOWN


Kevin Derrick
UNKNOWN


Martin Schutte
7160 FRIENDSVILLE RD
Medina, OH 44256


McDonald Hopkins
600 SUPERIOR AVE E, SUITE 2100
Cleveland, OH 44114


Mike DeWine Ohio Attorney General
929 HARRISON AVE, STE 300
Columbus, OH 43215


Murphy Nasica
815-A Brazos St. #304 AUSTIN, TX 78701


Ohio Bureau of Workers Compensation
BWC STATE INSURANCE FUND
PO BOX 89492
Cleveland, OH 44101


Olson Strategies & Advertising
3131 E. Alameda Ave., Unit 2003 Denver, CO 80209


Pierbridge
225 CEDAR HILL STREET, SUITE 200
Marlborough, MA 01752


Political Media
1800 DIAGONAL ROAD, SUITE 600
Alexandria, VA 22314


Real Good Technologies
1054 31ST ST., SUITE 230
Washington, DC 20007


Regional Income Tax Agency
P O Box 94951
Cleveland, OH 44101-4951

Rich Lowrie JR
125 Fairfax Ave.
Hopwood, PA 15445


Right Voter
7915 SOUTH EMERSON AVE, STE B101
Indianapolis, IN 46237


Right Voter LLC
7915 SOUTH EMERSON AVE, STE B101, INDIANAPOLIS, IN


Ron Leirvik
7649 Glen Echo Dr, Gates Mills, OH 44040


Ruffin Cleaning Services
850 Euclid Ave., Suite 301
Cleveland, OH 44113


Sam Moore
UNKNOWN


Sartschev & Associates
11565 Pearl Rd., Suite 300
Strongsville, OH 44149


Sprint
P.O. Box 740463
Cincinnati, OH 45274-0463


State of Ohio, Dept. of Taxation
30 E. Broad Street
Columbus, OH 43215-3428


Taft Stettinius & Hollister LLP
Chip Bauman / Credit Relations Taft Stet


Tavens Packaging
22475 AURORA RD.
Bedford, OH 44146


TC Systems/VIP VOIP
7700 CONGRESS AVE. SUITE 3216
Boca Raton, FL 33487

Tech II
1765 W County Line Rd
Springfield, OH 45501


The Heller Group
10333 HARWIN DR, 425
Houston, TX 77036


TSG Global
10 CEDAR BROOK CIR.
Holbrook, MA 02343


Up and Running Software
6200 PRAIRIE RIDGE RD
Ames, IA 50014


UPS
PO Box 7247-0244
Philadelphia, PA 19170


Verafast
20545 CENTER RIDGE RD., STE 300
Rocky River, OH 44116


Voxitas/Appia
1030 HASTINGS ST, SUITE 100
Traverse City, MI 49686


WB Mason
59 CENTRE ST.
Brockton, MA 02301-4014


Wiley Rein, LLP
1776 K ST NW
Washington, DC 20006

# United States Bankruptcy Court
## Northern District of Ohio

In re __VICTORY SOLUTIONS LLC__

Debtor(s)

Case No. _____

Chapter __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __VICTORY SOLUTIONS LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Appia Communications Inc**

**Astri Seidenfeld**

**Daniel A Cord Trust**

**Dennis A Noonan**

**Jack Boyle**

**Leigh A Hellner**

**Richard Lowrie Jr.**

**Shannon Burns**

**Soclof Tech Ventures LLC**

**The Scipio Group LLC**

☐ None [*Check if applicable*]

__February 26, 2018__
Date

**/s/ Glenn E. Forbes**
**Glenn E. Forbes 0005513**
Signature of Attorney or Litigant
Counsel for __VICTORY SOLUTIONS LLC__
**FORBES LAW LLC**
**166 Main Street**
**Painesville, OH 44077**

**440-357-6211**
**bankruptcy@geflaw.net**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com