# **EXHIBIT A**

| No. of Items | Description |
|---|---|
| 1,049 | New AASTRA 57IVoip Digital Phones and Related Accessories (Feet, Constitution, Power Supply and Cables) |
| 30 | Used Android LG Model ZNFLK430 Tablets |
| 13 | Supermicro Rack Servers (1 marked "bad," 1 marked "no response," and 1 damaged case and damaged internal parts) |
| 12 | Portable Aero Cases Containing Supermicro Rack Server and a Switch |
| 1 | Portable Aero Case Containing Switch Only |