# Victory Solutions, LLC
## Balance Sheet
### As of February 26, 2018

|  | Feb 26, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       1000 · Pay Pal | -1,005.05 |
|       1015 · PNC Operating Account - 1106 | -9,287.39 |
|       1025 · FNB Operating Account - 4459 | 742.66 |
|       1030 · FNB Reserve Account - 1730 | 4,775.00 |
|     **Total Checking/Savings** | -4,774.78 |
|     **Accounts Receivable** | |
|       1100 · Accounts Receivable | 81,017.78 |
|     **Total Accounts Receivable** | 81,017.78 |
|     **Other Current Assets** | |
|       1140 · Security Deposit | -15,309.24 |
|     **Total Other Current Assets** | -15,309.24 |
|   **Total Current Assets** | 60,933.76 |
|   **Fixed Assets** | |
|     1200 · Accumulated Depreciation | -881,566.55 |
|     1210 · Computer Equipment | 19,283.77 |
|     1211 · Cyrus Non Compete Agreement | 10,000.00 |
|     1212 · Cyrus Software | 115,000.00 |
|     1213 · Cyrus Tablets | 98,574.10 |
|     1220 · Furniture and Fixtures | 20,367.91 |
|     1230 · Intellectual Property | 244,402.38 |
|     1240 · Leasehold Improvements | 88,333.20 |
|     1250 · Trucks and Autos | 26,224.00 |
|     1260 · Victory VoIP Equipment | 1,065,897.55 |
|     1272 · Assemblies | |
|       1280 · Shipping Cases | 8,893.72 |
|     **Total 1272 · Assemblies** | 8,893.72 |
|   **Total Fixed Assets** | 815,410.08 |
|   **Other Assets** | |
|     1270 · Goodwill | 885,518.00 |
|   **Total Other Assets** | 885,518.00 |
| **TOTAL ASSETS** | 1,761,861.84 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         2000 · Accounts Payable | 1,036,609.22 |
|       **Total Accounts Payable** | 1,036,609.22 |
|       **Credit Cards** | |
|         2017 · Capital One 3194 | 512.66 |
|       **Total Credit Cards** | 512.66 |
|       **Other Current Liabilities** | |
|         2025 · Accrued Interest Notes Payable | 12,603.85 |
|         2030 · Deferred Revenue | |
|           2031 · Prepaid Usage | |
|             2032 · Cloud - VB Minutes | 72.31 |
|             2034 · Victory VoIP Minutes | 12,405.30 |
|           **Total 2031 · Prepaid Usage** | 12,477.61 |

# Victory Solutions, LLC
## Balance Sheet
### As of February 26, 2018

|  | Feb 26, 18 |
|---|---:|
| 2030 · Deferred Revenue - Other | 300.00 |
| **Total 2030 · Deferred Revenue** | **12,777.61** |
| 2050 · Misc Payable | -254.01 |
| 2051 · Loan - Members |  |
|     2040 · Loan Payable - Dan Cord | 3,360.69 |
|     2041 · Loan Payable - Edith Cord | 35,000.00 |
|     2042 · Loan Payable - Richard Lowrie | 15,000.00 |
|     2044 · Loan Payable - Jack Boyle | 10,000.00 |
|     2045 · Loan Payable - R. Lowrie Jr. | 30,000.00 |
|     2060 · Note Payable - B. Littlefield | 33,992.00 |
|     2063 · Note Payable - Kevin Derrick | 67,292.84 |
|     2064 · Note Payable - R. Leirvik | 21,245.00 |
| **Total 2051 · Loan - Members** | **215,890.53** |
| 2054 · Loans - Non Members |  |
|     2043 · Loan Payable - Al Quaye | 24,000.00 |
|     2046 · Loan Payable - Robert Sturm | 75,000.00 |
|     2048 · Loan Payable - Thomas Hach | 2,106.00 |
| **Total 2054 · Loans - Non Members** | **101,106.00** |
| 2058 · Note Payable - G Lassen | 14,153.85 |
| 2061 · Note Payable - J Herraghty | -100.75 |
| 2062 · Note Payable - J L Moore | 13,833.20 |
| 2065 · Note Payable - Sprint | 63,318.00 |
| 2066 · Note Payable - Tech II | 24,745.26 |
| 2074 · Payroll Tax Liabilities |  |
|     2070 · BWC Payable | 773.12 |
|     2071 · Fed Unemployment Payable | 495.75 |
|     2072 · State Unemployment (NC) Payable | 161.72 |
|     2073 · State Unemployment (OH) Payable | 9,511.04 |
| **Total 2074 · Payroll Tax Liabilities** | **10,941.63** |
| 2076 · Payroll Liabilities |  |
|     2075 · IRA Payable (EE Contribution) | 1,241.63 |
|     2078 · Wage Garnishments Payable | 400.00 |
|     2105 · Wages Payable | -199,337.86 |
|     2076 · Payroll Liabilities - Other | 116,301.51 |
| **Total 2076 · Payroll Liabilities** | **-81,394.72** |
| 2086 · Payroll Tax Withholding |  |
|     2080 · FIT Payable | 66,074.03 |
|     2081 · Local Tax Payable | 6,220.18 |
|     2082 · Medicare Tax Payable | 12,023.46 |
|     2083 · SIT Payable (NC) | 2,047.30 |
|     2084 · SIT Payable (OH) | 15,760.25 |
|     2085 · Soc Sec Tax Payable | 47,334.54 |
|     2087 · School District Tax Payable | 127.75 |
|     2088 · SIT Payable (VA) | 2,055.82 |
| **Total 2086 · Payroll Tax Withholding** | **151,643.33** |
| 2110 · VSP Prepurchase Program | -15,250.43 |
| 2111 · VSP Live Call Prepurchases | 3,397.35 |
| **Total Other Current Liabilities** | **527,410.70** |
| **Total Current Liabilities** | **1,564,532.58** |
| **Total Liabilities** | **1,564,532.58** |
| Equity |  |
|     3000 · Cyrus Capital Contribution | 268,125.00 |
|     3010 · Initial Capital Contribution | 885,518.00 |

# Victory Solutions, LLC
## Balance Sheet
### As of February 26, 2018

|  | Feb 26, 18 |
|---|---:|
| 3023 · Members' Capital | |
|   3011 · Appia / Voxitas Capital | 10,000.00 |
|   3012 · Astri Seidenfeld Capital | 40,000.00 |
|   3013 · Dan Cord Capital | 30,000.00 |
|   3014 · Dan Cord cust Aish Ha Torah Cap | 1,000.00 |
|   3015 · Dennis Noonan Capital | 11,000.00 |
|   3016 · Edith Cord Capital | 40,000.00 |
|   3017 · Richard Lowrie Jr Capital | 10,000.00 |
|   3018 · Richard Lowrie Sr Capital | 10,000.00 |
|   3019 · Shannon Burns Capital | 70,000.00 |
|   3020 · Soclof Tech Ventures Capital | 70,000.00 |
|   3021 · Steven B. Cord Capital | 20,000.00 |
|   3022 · Thomas Perciak Sr Capital | 20,000.00 |
| Total 3023 · Members' Capital | 332,000.00 |
| 3035 · Retained Earnings | -1,260,922.44 |
| Net Income | -27,391.30 |
| **Total Equity** | 197,329.26 |
| **TOTAL LIABILITIES & EQUITY** | 1,761,861.84 |