Victory Solutions, LLC

Register: 1025 · FNB Operating Account - 4459
From 02/01/2018 through 02/26/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | ATM W/D | | 6404 · Guaranteed Payments:61... | ATM W/D Strongsvi... | 500.00 | | | 2,167.80 |
| 02/01/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 111.00 | | | 2,056.80 |
| 02/02/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 37.00 | | | 2,019.80 |
| 02/02/2018 | POS | Shoutpoint | 6032 · Victory Cloud:6033 · V... | | 900.00 | | | 1,119.80 |
| 02/05/2018 | | Reach Communications LLC | 1100 · Accounts Receivable | | | | 2,586.00 | 3,705.80 |
| 02/05/2018 | ATM FEE | | 6070 · Bank Service Charges | Huntington ATM WD | 2.50 | | | 3,703.30 |
| 02/05/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | 400.00 Ascendant m... | 500.00 | | | 3,203.30 |
| 02/05/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | ATM WD Huntington | 500.00 | | | 2,703.30 |
| 02/05/2018 | BNK DRFT | Spectrum | 2000 · Accounts Payable | 318292101 | 597.87 | | | 2,105.43 |
| 02/05/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 37.00 | | | 2,068.43 |
| 02/05/2018 | POS | Minnehaha Water Outlet | 6110 · Office | | 54.00 | | | 2,014.43 |
| 02/05/2018 | POS | | 6110 · Office | amazon web serv aws... | 0.54 | | | 2,013.89 |
| 02/05/2018 | SRCHG FEE | | 6070 · Bank Service Charges | Huntington ATM W/D | 3.50 | | | 2,010.39 |
| 02/06/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | | 500.00 | | | 1,510.39 |
| 02/06/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | | 500.00 | | | 1,010.39 |
| 02/06/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 111.00 | | | 899.39 |
| 02/06/2018 | PIN | | 6404 · Guaranteed Payments:61... | Market District Stron... | 151.36 | | | 748.03 |
| 02/07/2018 | ACH | | 6070 · Bank Service Charges | PNCBenefits Plus E... | 7.50 | | | 740.53 |
| 02/07/2018 | ACH | Google Play | 6150 · Software-as-a-Service | | 124.54 | | | 615.99 |
| 02/07/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 74.00 | | | 541.99 |
| 02/08/2018 | | Ascendant PPG:Johnson For ... | 1100 · Accounts Receivable | | | | 841.69 | 1,383.68 |
| 02/08/2018 | | FRONTRUNNER STRATE... | 1100 · Accounts Receivable | | | | 2,510.60 | 3,894.28 |
| 02/08/2018 | | Emerging Horizon Group LLC | 1100 · Accounts Receivable | | | | 300.00 | 4,194.28 |
| 02/08/2018 | CHK WD | | 6404 · Guaranteed Payments:61... | 1600+500 800 MA 1... | 1,600.00 | | | 2,594.28 |
| 02/08/2018 | ECHECK | First Energy | 2000 · Accounts Payable | | 470.72 | | | 2,123.56 |
| 02/08/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 37.00 | | | 2,086.56 |
| 02/08/2018 | ACH | John M Wright | -split- | | 1,195.48 | | | 891.08 |
| 02/08/2018 | ACH | Melissa A Anderson | -split- | | 751.45 | | | 139.63 |

Victory Solutions, LLC

Register: 1025 · FNB Operating Account - 4459
From 02/01/2018 through 02/26/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---:|---|---:|---:|
| 02/08/2018 | ACH | Steve Cogar | -split- | | 1,017.43 | | | -877.80 |
| 02/08/2018 | 3245 | Charles Axford | -split- | | 926.46 | | | -1,804.26 |
| 02/08/2018 | | | 6128 · Payroll Expenses | MA Paycheck 2/8/18 | | | 751.45 | -1,052.81 |
| 02/08/2018 | | | 6128 · Payroll Expenses | SC Payroll 2/8/18 | | | 1,017.43 | -35.38 |
| 02/09/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | ATM WD Strongsville | 500.00 | | | -535.38 |
| 02/09/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 37.00 | | | -572.38 |
| 02/09/2018 | 3246 | Charles Axford. | 6110 · Office | Lowes Conference R... | 23.16 | | | -595.54 |
| 02/12/2018 | ATM FEE | | 6070 · Bank Service Charges | ATM WD Westfield ... | 3.75 | | | -599.29 |
| 02/12/2018 | ATM FEE | | 6070 · Bank Service Charges | | 2.50 | | | -601.79 |
| 02/12/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | | 500.00 | | | -1,101.79 |
| 02/12/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 37.00 | | | -1,138.79 |
| 02/12/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | ATM WD Westfield ... | 200.00 | | | -1,338.79 |
| 02/13/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | ATM WD FNB | 300.00 | | | -1,638.79 |
| 02/13/2018 | OVRDRFT F... | | 6070 · Bank Service Charges:6... | | 148.00 | | | -1,786.79 |
| 02/13/2018 | POS | | 6092 · Marketing:6096 · Resear... | Linked In | 64.79 | | | -1,851.58 |
| 02/14/2018 | | Ascendant PPG:California R... | 1100 · Accounts Receivable | -300 per sb Asc. credit | | | 1,685.00 | -166.58 |
| 02/14/2018 | | Blacklist Consulting Group | 1100 · Accounts Receivable | | | | 1,000.00 | 833.42 |
| 02/14/2018 | | GILLIARD BLANNING (po... | 1100 · Accounts Receivable | | | | 3,217.62 | 4,051.04 |
| 02/14/2018 | | SSH, Inc. | 1100 · Accounts Receivable | | | | 3,196.68 | 7,247.72 |
| 02/14/2018 | ATM FEE | | 6070 · Bank Service Charges | | 3.50 | | | 7,244.22 |
| 02/14/2018 | ATM FEE | | 6070 · Bank Service Charges | ATM WD Huntington | 2.50 | | | 7,241.72 |
| 02/14/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | ATM WD Huntington | 500.00 | | | 6,741.72 |
| 02/14/2018 | CAP ONE P... | | 6404 · Guaranteed Payments:61... | Capital One Payment | 512.66 | | | 6,229.06 |
| 02/14/2018 | PAYPAL | Voiceinc.com | 6049 · VoIP Usage Cost | | 500.00 | | | 5,729.06 |
| 02/14/2018 | PIN | | 6110 · Office | Giant Eagle - Coffee | 37.96 | | | 5,691.10 |
| 02/14/2018 | POS | UPS | 2000 · Accounts Payable | 704EX3 | 704.56 | | | 4,986.54 |
| 02/14/2018 | 3247 | Melissa A Anderson | -split- | | 1,007.45 | | | 3,979.09 |
| 02/15/2018 | ACH | Shannon Burns | 6404 · Guaranteed Payments:61... | | 600.00 | | | 3,379.09 |

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/15/2018 | PAYPAL | Shoutpoint | 6032 · Victory Cloud:6040 · V… | | 3,250.00 | | | 129.09 |
| 02/16/2018 | | The Impact Group | 1100 · Accounts Receivable | | | | 440.43 | 569.52 |
| 02/16/2018 | ACH | Shannon Burns | 6404 · Guaranteed Payments:61… | | 500.00 | | | 69.52 |
| 02/16/2018 | ACH | Best Buy | 6404 · Guaranteed Payments:61… | Best Buy CC Payment | 1,000.00 | | | -930.48 |
| 02/16/2018 | ACH | Columbia Gas Of Ohio | 2000 · Accounts Payable | 19128192 001 000 2 | 372.95 | | | -1,303.43 |
| 02/16/2018 | OVRDRFT F… | | 6070 · Bank Service Charges:6… | | 185.00 | | | -1,488.43 |
| 02/16/2018 | POS | Shoutpoint | 6032 · Victory Cloud:6033 · V… | | 700.00 | | | -2,188.43 |
| 02/16/2018 | | | 1040 · Chase Bank | Funds Transfer | 700.00 | | | -2,888.43 |
| 02/20/2018 | | Axiom Strategies:Senate Rep… | 1100 · Accounts Receivable | | | | 1,968.00 | -920.43 |
| 02/20/2018 | | Reformation Strategies:Cloud | 1100 · Accounts Receivable | | | | 2,000.00 | 1,079.57 |
| 02/20/2018 | | Potomac Strategy Group, LL… | 1100 · Accounts Receivable | | | | 100.00 | 1,179.57 |
| 02/20/2018 | | Grassroots Partners:Cloud | 1100 · Accounts Receivable | | | | 1,000.00 | 2,179.57 |
| 02/20/2018 | RET ITM FEE | | 6070 · Bank Service Charges:6… | | 37.00 | | | 2,142.57 |
| 02/21/2018 | ATM WD | | 6404 · Guaranteed Payments:61… | | 500.00 | | | 1,642.57 |
| 02/21/2018 | ATM WD | | 6404 · Guaranteed Payments:61… | | 500.00 | | | 1,142.57 |
| 02/21/2018 | PIN PURCH | | 6404 · Guaranteed Payments:61… | Strongsville Market … | 136.25 | | | 1,006.32 |
| 02/22/2018 | | Ascendant PPG:Congression… | 1100 · Accounts Receivable | | | | 27,094.10 | 28,100.42 |
| 02/22/2018 | ACH | John Wright. | 6110 · Office | Lowes Conference R… | 40.25 | | | 28,060.17 |
| 02/22/2018 | ACH | Evolve IP | 2000 · Accounts Payable | 0001007984 | 128.36 | | | 27,931.81 |
| 02/22/2018 | ACH | Levinson LLP | 2000 · Accounts Payable | | 2,625.00 | | | 25,306.81 |
| 02/22/2018 | ACH | Republic Services (Waste) | 2000 · Accounts Payable | | 64.75 | | | 25,242.06 |
| 02/22/2018 | OVRDRFT F… | | 6070 · Bank Service Charges:6… | | 74.00 | | | 25,168.06 |
| 02/22/2018 | PAYPAL | Shoutpoint | 6032 · Victory Cloud:6033 · V… | | 300.00 | | | 24,868.06 |
| 02/22/2018 | PIN POS | | 6110 · Office | Lowes Office | 251.75 | | | 24,616.31 |
| 02/22/2018 | TRANSFR F… | | 6070 · Bank Service Charges | Wire Transfer Fee | 18.00 | | | 24,598.31 |
| 02/23/2018 | | Olson Strategies & Advertisi… | 1100 · Accounts Receivable | | | | 200.00 | 24,798.31 |
| 02/23/2018 | ACH | Shoutpoint | 6032 · Victory Cloud:6033 · V… | | 1,000.00 | | | 23,798.31 |
| 02/23/2018 | ACH | UPS | 2000 · Accounts Payable | 704EX3 | 1,268.76 | | | 22,529.55 |

18-10977-jps    Doc 45-2    FILED 04/17/18    ENTERED 04/17/18 10:02:22    Page 3 of 5

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/23/2018 | ATM FEE | | 6070 · Bank Service Charges | Fee for Huntington A... | 2.50 | | | 22,527.05 |
| 02/23/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | Huntington Bank AT... | 500.00 | | | 22,027.05 |
| 02/23/2018 | ATM WD FEE | | 6070 · Bank Service Charges | ATM Fee for Huntin... | 3.50 | | | 22,023.55 |
| 02/23/2018 | FEE OUT | | 6070 · Bank Service Charges | Outgoing Domestic ... | 26.00 | | | 21,997.55 |
| 02/23/2018 | PAYPAL | Voiceinc.com | 6049 · VoIP Usage Cost | | 500.00 | | | 21,497.55 |
| 02/23/2018 | POS | Shoutpoint | 6032 · Victory Cloud:6033 · V... | | 850.00 | | | 20,647.55 |
| 02/23/2018 | POS | | 6110 · Office | Lowes | 7.17 | | | 20,640.38 |
| 02/23/2018 | 3248 | DT Client Services, LLC | 2000 · Accounts Payable | | 300.00 | | | 20,340.38 |
| 02/23/2018 | 3260 | Sartschev & Associates, LLC | 2000 · Accounts Payable | | 1,147.00 | | | 19,193.38 |
| 02/23/2018 | | Charles Axford | -split- | | 690.85 | | | 18,502.53 |
| 02/23/2018 | | Steve Cogar | -split- | | 914.86 | | | 17,587.67 |
| 02/23/2018 | | Melissa A Anderson | -split- | | 751.46 | | | 16,836.21 |
| 02/23/2018 | | John M Wright | -split- | | 1,175.48 | | | 15,660.73 |
| 02/23/2018 | To Print | Forbes Law LLC | 2000 · Accounts Payable | | 11,717.00 | | | 3,943.73 |
| 02/26/2018 | | Ascendant PPG:California R... | 1100 · Accounts Receivable | | | | 7,993.21 | 11,936.94 |
| 02/26/2018 | | Ascendant PPG:Johnson For ... | 1100 · Accounts Receivable | | | | 841.69 | 12,778.63 |
| 02/26/2018 | | Chariot Research, LLC | 1100 · Accounts Receivable | | | | 3,910.20 | 16,688.83 |
| 02/26/2018 | | Chariot Research, LLC | 1100 · Accounts Receivable | | | | 8,200.20 | 24,889.03 |
| 02/26/2018 | | Wired for Victory:Cloud | 1100 · Accounts Receivable | | | | 100.00 | 24,989.03 |
| 02/26/2018 | ACH | Rackspace.com | 6015 · Hosting Services | | 2,367.39 | | | 22,621.64 |
| 02/26/2018 | ACH | Best Buy | 6404 · Guaranteed Payments:61... | | 500.00 | | | 22,121.64 |
| 02/26/2018 | ACH | Best Buy | 6404 · Guaranteed Payments:61... | | 1,908.77 | | | 20,212.87 |
| 02/26/2018 | ACH | | 6404 · Guaranteed Payments:61... | Capital One Online P... | 563.58 | | | 19,649.29 |
| 02/26/2018 | ACH | Google Play | 6092 · Marketing:6090 · Adver... | G Suite Bill | 124.54 | | | 19,524.75 |
| 02/26/2018 | ATM WD | | 6404 · Guaranteed Payments:61... | | 500.00 | | | 19,024.75 |
| 02/26/2018 | FRST ENG FE | First Energy | 6190 · Utilities | | 9.95 | | | 19,014.80 |
| 02/26/2018 | PAYPAL | Shoutpoint | 6032 · Victory Cloud:6033 · V... | Fee for processing th... | 2,100.00 | | | 16,914.80 |
| 02/26/2018 | 3250 | VIP VoIP / TC Systems LLC | 2000 · Accounts Payable | | 2,218.15 | | | 14,696.65 |

# Victory Solutions, LLC

Register: 1025 · FNB Operating Account - 4459
From 02/01/2018 through 02/26/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/26/2018 | 3251 | Rein, Wiley LLP | 6135 · Professional Fees:6136 ... | | 2,400.00 | | | 12,296.65 |
| 02/26/2018 | 3253 | Shannon Burns | 6404 · Guaranteed Payments:61... | | 4,000.00 | | | 8,296.65 |
| 02/26/2018 | 3258 | Matt Palumbo | 6037 · Commissions Paid to VSP | | 4,000.00 | | | 4,296.65 |
| 02/26/2018 | To Print | Capitol Hill Club | 2000 · Accounts Payable | | 1,910.47 | | | 2,386.18 |
| 02/26/2018 | To Print | First Energy | 2000 · Accounts Payable | | 1,045.62 | | | 1,340.56 |
| 02/26/2018 | To Print | Spectrum | 2000 · Accounts Payable | 318292101 | 597.90 | | | 742.66 |