# Victory Solutions, LLC
## Profit & Loss
### February 1 - 26, 2018

|  | Feb 1 - 26, 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4022 · Sales | |
| 4036 · Victory VoIP | |
| 4009 · Equipment Rental | |
| 4010 · Aastra 57i Telephones | 10,099.80 |
| 4011 · Candidate Edition Units (CE) | 3,814.35 |
| 4012 · Headquarters Units (HQ) | 11,957.10 |
| Total 4009 · Equipment Rental | 25,871.25 |
| 4016 · Setup Fees | 2,727.50 |
| Total 4036 · Victory VoIP | 28,598.75 |
| 4022 · Sales - Other | 1,003.38 |
| Total 4022 · Sales | 29,602.13 |
| **Total Income** | **29,602.13** |
| **Cost of Goods Sold** | |
| 6015 · Hosting Services | 2,367.39 |
| 6030 · Shipping, Freight & Delivery | 1,268.41 |
| 6032 · Victory Cloud | |
| 6033 · VB Usage | 5,998.92 |
| 6040 · VTH Usage | 3,250.00 |
| Total 6032 · Victory Cloud | 9,248.92 |
| 6037 · Commissions Paid to VSP | 4,000.00 |
| 6049 · VoIP Usage Cost | 1,000.00 |
| **Total COGS** | **17,884.72** |
| **Gross Profit** | **11,717.41** |
| **Expense** | |
| 6050 · Automobile | 206.17 |
| 6070 · Bank Service Charges | |
| 6071 · Overdraft Charges | 925.00 |
| 6070 · Bank Service Charges - Other | 275.75 |
| Total 6070 · Bank Service Charges | 1,200.75 |
| 6076 · Dues & Subscriptions | 175.00 |
| 6080 · Interest | 13.44 |
| 6092 · Marketing | |
| 6090 · Advertising / Promotional | 124.54 |
| 6096 · Research | 64.79 |
| Total 6092 · Marketing | 189.33 |
| 6095 · Meals and Entertainment | 134.69 |
| 6110 · Office | 822.18 |
| 6128 · Payroll Expenses | 11,341.39 |
| 6135 · Professional Fees | |
| 6133 · Legal Fees | 14,342.00 |
| 6136 · Attorney Fees | 2,400.00 |
| Total 6135 · Professional Fees | 16,742.00 |
| 6150 · Software-as-a-Service | 303.61 |
| 6190 · Utilities | 1,182.13 |

# Victory Solutions, LLC
## Profit & Loss
### February 1 - 26, 2018

|  | Feb 1 - 26, 18 |
|---|---:|
| 6404 · Guaranteed Payments |  |
|    6123 · Guaranteed Payment - Shannon | 15,098.76 |
| Total 6404 · Guaranteed Payments | 15,098.76 |
| **Total Expense** | 47,409.45 |
| **Net Ordinary Income** | -35,692.04 |
| **Net Income** | **-35,692.04** |