IT IS SO ORDERED.

Dated:  24 September, 2018 12:37 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-10977-(JPS) |
| Victory Solutions, LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor, ) | Judge Jessica E. Price Smith |
| ) | |

### ORDER DISMISSING CHAPTER 11 CASE

This matter came before the Court on the United States Trustee's *Motion to Dismiss the Case Chapter 11 Case* (the "Motion to Dismiss"). Dkt. 67. Along with the Motion to Dismiss, the United States Trustee filed the *Amended Notice and Opportunity to Object* (the "Notice"). Dkt. 69. The Motion to Dismiss and the Notice were served on the debtor Victory Solutions LLC (the

1

"Debtor") and its counsel. Neither the Debtor nor any other interested party filed an objection to the Motion to Dismiss. The Motion to Dismiss states good cause and is hereby granted: the above-captioned case is ORDERED dismissed without prejudice.

**IT IS SO ORDERED.**

###

**Order submitted by:**

**Daniel M. McDermott,
United States Trustee Region 9,**

   */s/ Scott R. Belhorn*
Scott R. Belhorn (#0080094)
Trial Attorney
Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, Ste. 441
Cleveland, Ohio 44114
(216) 522-7800 ext. 260
Fax: (216) 522-7193
Email: scott.r.belhorn@usdoj.gov

*Attorney for United States Trustee*

## PARTIES REQUIRING NOTICE

### ELECTRONIC

- Lydia Marie Floyd    lfloyd@prwlegal.com
- Glenn E. Forbes    bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com
- Suzana Krstevski Koch    suzana.koch@usdoj.gov, susan.lowe@usdoj.gov
- David R. Mayo    dmayo@beneschlaw.com, docket@beneschlaw.com;ckanor@beneschlaw.com
- Lindsay N. Svetlak    lsvetlak@sseg-law.com
- United States Trustee    (Registered address)@usdoj.gov
- Marcus L. Wainwright    mwainwright@kwgd.com, mhelmick@kwgd.com
- Keith D. Weiner    bankruptcy@weinerlaw.com
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

### U.S. POST

Victory Solutions LLC
19571 Progress Drive
Strongsville, OH 44149